UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
Western Division
Docket No. 5:08-CR-113-1BO

| | |
|---|---|
| **United States Of America** ) | |
| ) | |
| vs. ) | ORDER CONTINUING |
| ) | MOTION FOR REVOCATION HEARING |
| ) | |
| **Teresa McKinnon** ) | |

On this the 9th day of September, 2011, comes Julie Wise Rosa, U.S. Probation Officer, in open court at Raleigh, North Carolina, who shows the court that Teresa McKinnon appeared before the Honorable Terrence W. Boyle, U.S. District Judge, with counsel on September 16, 2008, and upon a plea of guilty to False Statement During the Acquisition of a Firearm, in violation of 18 U.S.C. §§ 922(a)(6) and 924(a)(2), and Disposing of a Firearm to a Felon in violation of 18 U.S.C. §§ 922(d) and 924(a)(2), was sentenced to a 36-month term of probation.

From evidence presented, the court finds as a fact that Teresa McKinnon who is appearing before the court with counsel, has pled no contest to violating the terms and conditions of the judgment as follows:

1. Criminal conduct (Possession With the Intent to Sell and Deliver Marijuana).
2. Criminal conduct (Maintaining a Vehicle, Dwelling, or Place for Controlled Substances).
3. Criminal conduct (Possession of Drug Paraphernalia).
4. Criminal conduct (Possession of a Firearm by a Felon).

It now appears that the ends of justice would best be served by continuing the motion for revocation hearing before the court this date for a period of six months under the original terms and conditions imposed in this case in addition to the following special conditions:

1. The defendant shall obtain employment no later than October 9, 2011.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the final hearing regarding the motion for revocation of supervised release be continued for a period of six months.

This the 5th day of October 2011.

_____
Terrence W. Boyle
U.S. District Judge